IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


SAM ANSUMANA,

    Petitioner,

vs.	Case No. 4:08cv548-SPM/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/


## REPORT AND RECOMMENDATION

Petitioner, proceeding *pro se*, initiated this § 2241 habeas proceeding on December 8, 2008.  Doc. 1.  An order was entered on December 11, 2008, directing Petitioner to either pay the filing fee or submit an *in forma pauperis* application by January 12, 2009.  Doc. 3.  On December 17th, Petitioner filed a response indicating he thought he had sent the $5.00 filing fee with his petition.  Doc. 4.  Another order was entered that same day advising Petitioner that the fee had not been received and he would be required to either pay the fee or file a completed *in forma pauperis* motion.  Doc. 5.  When no response to that order was received by the deadline, an order to show cause was entered on January 22, 2009.  Doc. 6.  Petitioner's copy of that order has

now been returned to the Court as undeliverable.  Doc. 7.  The envelope is stamped, "No Longer Here - Return to Sender."  Doc. 7.  A telephone call to the Wakulla County Jail confirmed with jail officials that Petitioner was released on January 8, 2009.

As Petitioner has apparently been released from detention, this § 2241 petition should be dismissed as moot.  Moreover, Petitioner has abandoned this litigation by failing to keep the Court informed as to his whereabouts and by failing to comply with court orders to pay the filing fee or file an *in forma pauperis* motion.

In light of the foregoing, it is respectfully **RECOMMENDED** that this habeas petition filed un § 2241, doc. 1, be **DISMISSED** for failure to prosecute, and for failure to comply with a court order.

**IN CHAMBERS** at Tallahassee, Florida, on February 3, 2009.


 s/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**