IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SAM ANSUMANA,

    Petitioner,

vs.                            Case. No.  4:08-CV-548-SPM/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation. (doc. 8)  The parties have been furnished a copy and have been afforded an opportunity to file objections.   No objections have been filed, presumably because recent court mail has been returned from Plaintiff's last known address.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 8) is ***adopted*** and incorporated by reference in this order.

2.     Petitioner's habeas petition filed pursuant to § 2241 (doc. 1), is hereby ***dismissed*** for failure to prosecute, and for failure to comply

with a court order.

DONE AND ORDERED this <u>tenth</u> day of March, 2009.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge